

# NUMBER 13-14-00288-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THEODORE R. MCMILLIN,                                                    Appellant,

v.

JULIE MARIE MCMILLIN,                                                    Appellee.

### On appeal from the 444th District Court of
### Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

By two issues, appellant Theodore McMillin appeals the trial court's dismissal of his petition for divorce. Appellee, Julie Marie McMillin, has filed a motion to dismiss this appeal on grounds that intervening events have rendered the appeal moot. Appellant has filed a response to the motion to dismiss in which he agrees that the appeal is now moot.

The Court, having considered the documents on file and the appellee's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Appellee's motion to dismiss is granted and the appeal is hereby DISMISSED as moot. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

PER CURIAM

Delivered and filed the
22nd day of October, 2015.